UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
AT&T WIRELESS SERVICES, INC., )
) Case No. C03-0161L
Plaintiff, )
v. )
) ORDER DENYING PLAINTIFF'S
MORGAN & FINNEGAN, L.L.P., ) MOTION TO RENOTE MOTION IN LIMINE
) REGARDING DANIEL BURNS
Defendant. )
_____)

This matter comes before the Court on plaintiff's "Motion to Move Noting Date of Defendant's Motion in Limine re: Daniel Burns." Dkt. # 153. Plaintiff has not articulated any reasons to assume that the admissibility of Mr. Burns' testimony under <u>Daubert v. Merrell Dow Pharmaceuticals, Inc.</u>, 509 U.S. 479 (1993), is contingent on the opinions of defendant's damages expert. The motion to continue defendant's motion is, therefore, DENIED. Plaintiff shall file its opposition memorandum, if any, on or before May 3, 2005. Defendant shall file its reply, if any, on or before May 5, 2005.

DATED this 2nd day of May, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING PLAINTIFF'S MOTION TO
RENOTE MOTION IN LIMINE